IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 98-cr-00280-RPM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBERT WILLIAM PROCTOR,

        Defendant.

---

**ORDER ALLOWING DISCLOSURE OF THE PRESENTENCE REPORT TO THE UNITED STATES PROBATION DEPARTMENT FOR THE DISTRICT OF MARYLAND**

---

        THIS MATTER is before the Court upon request of Nicole L. Johnson, United States Probation Officer, District of Maryland, for permission to review the Presentence Investigation Report, prepared in the District of Colorado, to assist her in preparation of their presentence report, Case Number 01:06cr00171-8. Upon further review, the Court

        ORDERS the presentence report prepared for this Court be disclosed and viewed by Nicole L. Johnson. The Court

        FURTHER ORDERS that the presentence report not be copied or in any way disclosed beyond the scope of this order. The Court

        FURTHER ORDERS that the Recommendation portion of the presentence report is not to be disclosed.

        DATED at Denver, Colorado, this 29 day of May, 2007.

                                          BY THE COURT:

                                          Richard P. Matsch
                                          Senior District Judge